■ In the Matter of WILFREDO POLANCO, Appellant, v ANDREA W. EVANS, Chairwoman, New York State Division of Parole, Respondent. [960 NYS2d 678]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Mark H. Fandrich, A.J.), entered May 3, 2012 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Robles v Evans*, 100 AD3d 1455, 1455 [2012]). Present—Scudder, P.J., Peradotto, Carni, Lindley and Whalen, JJ.

■ STANLEY SICILIANO, Appellant-Respondent, v JOHN R. PARRINELLO, ESQ., et al., Respondents-Appellants. (Appeal No. 1.) [960 NYS2d 692]—Appeal and cross appeal from an order of the Supreme Court, Monroe County (James P. Murphy, J.), entered February 15, 2012. The order granted in part and denied in part the motion of defendants for summary judgment and granted the cross motion of plaintiff for summary judgment on the issue of negligence.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 15 and 19, 2013,

It is hereby ordered that said appeal and cross appeal are unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Fahey, Carni, Sconiers and Martoche, JJ.

■ STANLEY SICILIANO, Appellant, v JOHN R. PARRINELLO, ESQ., et al., Respondents. (Appeal No. 2.) [960 NYS2d 693]—Appeal from an order of the Supreme Court, Monroe County (James P. Murphy, J.), entered May 7, 2012. The order, insofar as appealed from, adhered to a prior determination that there are questions of fact on the issues of proximate cause and damages.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 15 and 19, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Fahey, Carni, Sconiers and Martoche, JJ.